IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALAN THOMPSON**                                                                                **PLAINTIFF**
**#265410**

**V.**                         **NO. 4:22-cv-00921-JM**

**HIGGINS,** *et al*.                                                        **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE